■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRANT GORDON, Appellant. [655 NYS2d 61] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered May 25, 1994, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, the court properly admitted into evidence, on the People's rebuttal case, the testimony of a forensic psychiatrist, who recounted certain out-of-court statements made to him by the defendant's cousin. Inasmuch as the cousin's statements formed a basis of the expert's professional opinion, the testimony was permissibly received into evidence (*see,* CPL 60.55 [1]; *see also, People v Rudd,* 196 AD2d 666, 667). Moreover, since the defendant had knowledge of the statements, they did not constitute *Brady* material (*see, People v Rodriguez,* 223 AD2d 605, 606; *People v Buxton,* 189 AD2d 996, 997; *see also, People v Fein,* 18 NY2d 162).

The defendant's contention that he was deprived of his right to be present at a material stage of the trial is without merit (*see, People v Velasco,* 77 NY2d 469; *People v Patti,* 229 AD2d 506; *People v Miranda,* 213 AD2d 560).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are without merit. Ritter, J. P., Thompson, Friedmann and McGinity, JJ., concur.